# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SINCLAIR WYOMING REFINING COMPANY LLC, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Respondent.* | No. 22-1074 (and consolidated cases) |

## JOINT RESPONSE
## TO COURT ORDER OF JULY 26, 2024

Pursuant to this Court's Order of July 26, 2024 (Doc. No. 2066670), Petitioners, Respondent, and Intervenors jointly submit the following response to the Court's request that the Parties show cause "why the opinion in these cases, issued under seal on July 26, 2024, should not be

1

unsealed." Court Order at 1. The parties to Case No. 22-1074 respond as follows:

    The parties to Case No. 22-1074 believe that there are no portions of the Opinion pertaining to Case No. 22-1074 that warrant sealing under the terms of the protective order entered in this case.*

---

* Case Nos. 22-1073 and 22-1074 involve different parties and are governed by different protective orders. The parties in No. 22-1074 acknowledge there may be portions of the Opinion pertaining to No. 22-1073 that warrant sealing under the terms of the No. 22-1073 protective order.

2

Dated: August 5, 2024

TODD KIM
Assistant Attorney General

 s/ Benjamin Grillot
Benjamin Grillot
U.S. Department of Justice
Environment & Natural
Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0303
benjamin.grillot@usdoj.gov

Of counsel
/s/ Meredith G. Miller
Meredith G. Miller
U.S. Environmental Protection
Agency
Office of General Counsel
 Washington, D.C.

 Attorneys for Respondent U.S.
 Environmental Protection Agency


/s/ Ian S. Shelton
Ian S. Shelton
EVERSHEDS SUTHERLAND (US) LLP
500 Capitol Mall, Suite 1750
Sacramento, California 95814
(916) 245-7427
ianshelton@eversheds-sutherland.com

*Attorney for Kern Oil & Refining Co.*

Respectfully submitted,

*/s/ Jeffrey R. Holmstead*
Jeffrey R. Holmstead
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street N.W.
Suite 900
Washington, D.C. 20036
(202) 828-5800 (telephone)
(202) 857-4812 (facsimile)
Jeff.Holmstead@bracewell.com
Brittany.Pemberton@bracewell.com

*Counsel for Sinclair Wyoming Refining Company LLC*


*/s/ David. M. Lehn*
David. M. Lehn
BOIES SCHILLER FLEXNER LLP
1401 NEW YORK Avenue NW
Washington, DC 20035
(202) 237-2727
dlehn@bsfllp.com

*Counsel for Growth Energy*

*/s/ Jonathan G. Hardin*
Jonathan G. Hardin
Michael R. Huston
LeAnn Johnson Koch
Alexandra Magill Bromer
Karl J. Worsham
PERKINS COIE LLP
700 13th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 654-6200
JHardin@perkinscoie.com

3

/s/ Eric D. McArthur
Eric D. McArthur
Peter C. Whitfield
Daniel J. Feith
Christopher S. Ross
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
emcarthur@sidley.com

*Attorneys for HF Sinclair Refining & Marketing LLC, HF Sinclair Cheyenne Refining LLC, HF Sinclair Woods Cross Refining LLC, Island Energy Services, LLC, Cenovus Energy Inc., and Delek US Holdings, Inc.*

/s/ Robert J. Meyers
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2967
rmeyers@crowell.com

Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS
1800 M Street, NW
Suite 900 North
Washington, DC 20036
(202) 844-5474
rmoskowitz@afpm.org

*Attorneys for American Fuel & Petrochemical Manufacturers*

*Attorneys for American Refining Group, Inc., Calumet Montana Refining, LLC, Calumet Shreveport Refining, LLC, Ergon Refining, Inc., Countrymark Refining and Logistics, LLC, Hunt Refining Company, Par Hawaii Refining, LLC, U.S. Oil & Refining Company, Wyoming Refining Company, Placid Refining Company LLC, San Joaquin Refining Co., Inc., The San Antonio Refinery LLC, and Wynnewood Refining Company, LLC*

/s/ Kevin King
Kevin King
Robert A. Long, Jr.
Thomas Brugato
Daniel G. Randolph
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
rlong@cov.com

*Attorneys for American Petroleum Institute*

4

## CERTIFICATE OF COMPLIANCE

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 138 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used for the word count).

Dated: August 5, 2024

             *s/ Jonathan G. Hardin*
             Jonathan G. Hardin
             PERKINS COIE LLP

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals by using the CM/ECF system. I certify that all participants in the consolidated case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Dated: August 5, 2024

                                       *s/ Jonathan G. Hardin*
                                       Jonathan G. Hardin
                                       PERKINS COIE LLP