# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-1074**　　　　　　　　　　　　　　　　　**September Term, 2024**

**EPA-87FR24294**

**Filed On:** September 17, 2024

Sinclair Wyoming Refining Company LLC,

　　　　Petitioner

　　v.

Environmental Protection Agency,

　　　　Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,
　　　　Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179, 24-1008, 24-1010

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of petitioner Growth Energy's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk