# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-1074**                                    September Term, 2024

EPA-87FR24294

**Filed On:** September 17, 2024

Sinclair Wyoming Refining Company LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,
      Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179, 24-1008, 24-1010

**BEFORE:** Pillard, Rao, Pan, Circuit Judges

## O R D E R

Upon consideration of petitioner Growth Energy's petition for panel rehearing filed on September 9, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk