# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1074**  **September Term, 2024**

EPA-87FR24294
EPA-87FR34872

**Filed On:** October 28, 2024

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,

    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179, 24-1008, 24-1010

## O R D E R

Upon consideration of the court's September 26, 2024, order to show cause why the sealed portions of the record should not be unsealed, filed pursuant to D.C. Cir. Rule 47.1(f)(1), and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed portions of the record in this case remain under seal.

Counsel are reminded of their obligation to "promptly notify the Court when it is no longer necessary to maintain the record or portions of the record under seal." D.C. Cir. Rule 47.1(f)(4).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk