# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 22-1074** | **September Term, 2022** |
| | EPA-87FR24294 |
| | EPA-87FR34872 |
| | **Filed On:** March 2, 2023 |

Sinclair Wyoming Refining Company LLC,

       Petitioner

      v.

Environmental Protection Agency,

       Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,
       Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179

     **BEFORE:**   Wilkins, Rao, and Walker, Circuit Judges

## O R D E R

     Upon consideration of the unopposed motion to enter a stipulated protective order, it is

     **ORDERED** that the protective order, as amended by the court, be entered.

### Per Curiam

              **FOR THE COURT:**
              Mark J. Langer, Clerk

        BY:    /s/
              Amanda Himes
              Deputy Clerk